**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CALVIN G. WILSON**                                                                                          **PLAINTIFF**

**VS.**                           **CASE NO.  4:09-CV-00806 GTE**

**JOHN E. POTTER,**
**Postmaster General**
**United States Postal Service**                                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Court's Order entered in this matter on this same date, it is hereby

CONSIDERED, ORDERED, AND ADJUDGED that the Complaint of Plaintiff Calvin Wilson,

be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 5th day of July, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/Garnett Thomas Eisele
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE